UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON MODESTO,

        Plaintiff,

    -against-

HECTOR FIGUEROA, PRES. OF SEIU 32BJ,
et al.,

        Defendants.
------------------------------------------------------------X

**ORDER**
15 CV 0495 (RA) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/15

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that :

    1) on or before July 20, 2015, plaintiff Ramon Modesto shall serve and file his response to the motion to dismiss of defendants Michael Rodriguez, Robert Savage, Anthony Waterman, Deetendrada Harisaran and Mark Kelly; and

    2) on or before July 27, 2015, the above-noted defendants shall serve and file any reply.

The plaintiff may seek any procedural assistance he needs in responding to the motion by contacting the Pro Se Office for this judicial district, which is located at 500 Pearl Street, Rm. 200, New York, New York 10007. The telephone number for that office is (212) 805-0175. Should the plaintiff fail to respond to the motion timely, the Court will consider the motion unopposed and will proceed accordingly.

Dated: New York, New York
       June 22, 2015

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
Ramon Modesto