UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

RAMON MODESTO,

               Plaintiff,

            -against-

HECTOR FIGUEROA, PRES. OF SEIU 32BJ,
et al.,

            Defendants.

----------------------------------------------------------X

**ORDER**

15 CV 0495 (RA) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that :

    1) on or before July 8, 2015, plaintiff Ramon Modesto serve and file his response to the

motion to dismiss of defendants Arbitrators of 32BJ appearing at Docket Entry No. 32

on the docket sheet maintained by the Clerk of Court for this action; and

    2) on or before July 15, 2015, defendants Arbitrators of 32BJ serve and file any reply.

The plaintiff may seek any procedural assistance he needs in responding to the motion by

contacting the Pro Se Office for this judicial district, which is located at 500 Pearl Street, Rm.

200, New York, New York 10007.  The telephone number for that office is (212) 805-0175.

Should the plaintiff fail to respond to the motion timely, the Court will consider the motion

unopposed and will proceed accordingly.

Dated: New York, New York
      June 22, 2015

SO ORDERED:

*Kevin Gothaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
Ramon Modesto