David Ward
**KLUGER HEALEY, LLC**
788 Shrewsbury Ave., Suite 2182
Tinton Falls, New Jersey 07724
973-307-0800
Attorneys for Defendants
Bill Dunn, James Griffin, Frank Anello,
Eddie Maldonado, Brenda Johnson, and Gloria Ran

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON MODESTO,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR FIGUERORA, et al.,<br><br>Defendants. | CIV. NO.  15-495 (RA)<br><br><br>**NOTICE OF MOTION TO DISMISS AND FOR ORDER EXTENDING TIME TO ANSWER OR RESPOND** |

To:    **The Clerk of this Court and all parties of record:**

PLEASE TAKE NOTICE that at a date and time determined by the Court, the undersigned, attorneys for defendants Bill Dunn, James Griffin, Frank Anello, Eddie Maldonado, Brenda Johnson, and Gloria Ran, shall move this Court, before the Hon. Ronnie Abrams, USDJ, Thurgood Marshall United States Courthouse, Southern District of New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure Dismissing all claims against these Defendants for failure to state a claim and seeking an order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants leave to file and serve an Answer or Response to the Complaint out of time.

This motion is supported by the accompanying Declaration of David Ward and the accompanying Brief.

A proposed form of Order is also submitted herewith.

Dated: Tinton Falls, New Jersey
June 25, 2015

Very truly yours,
**KLUGER HEALEY, LLC**

By: */s/ David A. Ward*
David A. Ward, Esq.
Attorneys for Defendants
Bill Dunn, James Griffin, Frank Anello, Eddie Maldonado, Brenda Johnson, Gloria Ran
788 Shrewsbury Ave., Suite 2182
Tinton Falls, NJ 07724
(732) 852-7500 [Tel]
(888) 635-1653 [Fax]
Email: dward@klugerhealy.com