July 10, 2015

PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
Southern District of New York
U.S. Courthouse 500 Pearl St.
New York, NY 10007

Re:   2nd letter and 3rd attempt
      To serve COMPLAINT AND SUMMONS ON
      PETER ST. JOHN and CHRISTIAN GONZALES
      Defendants Of Trinity Real Estate
      Case No. 15-CV-00495 " Modesto v. Figueroa, et.al."

Gentlemen of the Pro Se Intake Unit,

     Be advised that this is my 2nd letter and 3rd attempt to serve copies of the
COMPLAINT AND SUMMONS ON TWO OF THE DEFENDANTS IN THE
ABOVE case, namely, PETER ST. JOHN Vice President and CHRISTIAN
GONZALES building property manager of Trinity Real Estate.
     Their better address is at c/o TRINITY REAL ESTATE at 75 Varick St.,
New York, NY 10013. This building is owned by Trinity. Among its tenants are
the NYS Department of Labor and the Metropolitan College of New York
MCNY. It is located at the corner of Varick and Canal Sts in Manhattan.
     Attached are copies of the earlier letter dated May 18, 2015 sent you,
where the green pages process receipt and return were enclosed.
     I hope that this time the copies of the Complaint and Summons can now
be served on Mr. Peter St. John and Christian Gonzales who need to file their
response to the complaint filed against them.
     Thank you.

                              Respectfully,

                              Ramon Modesto
                              Plaintiff

Cc:

     US Marshalls Service

     Ronnie Abrams
     United States District Judge
     Southern District of New York

May 18, 2015

PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
Southern District of New York
U.S. CourtHouse  500 Pearl Street
New York, NY 10007

> Re:  Case No. 15 CV 00495
> Modesto v. Figueroa, et. al.

Gentlemen,
    Two  defendants in this case, namely Messrs. CHRISTIAN GONZALES  and
PETER ST. JOHN,  both employees of Trinity Real Estate have not been served with
copies of the Complaint and Summons. The first  attempt in March, 2015  was
Returned to Sender RTS by the US Postal Service, either because defendants or
their representatives refused to receive them or for other reasons. I went in on
April 17, 2015 and gave a better address to your office- please see original copies
attached of the PROCESS RECEIPT AND RETURN ( green page ) for another chance
for service of Complaint and Summons.
    Their better address is at 75 Varick St., New York, NY 10013.
     It is hoped that the Process can now be completed by the US Marshals
Service.
    Thank you and best regards.

                                    Sincerely,

                                    Ramon Modesto
                                    Plaintiff

att. a/s

# PROCESS RECEIPT AND RETURN
U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RAMON MODESTO | 15 CV 0495 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HECTOR FIGUERIA ET AL | SUMMONS & COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PETER ST. JOHN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** TRINITY REAL ESTATE 75 VARICK ST NY NY 10013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PRO SE: RAMON MODESTO
4029 67 ST. 2F
WOODSIDE, NY 11377

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                           Fold

RECEIVED
APR 17 2015
PRO SE OFFICE

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Ramon Modesto | | 718-431-5226 | 4-16-15 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RAMON MODESTO | 15 CV 0495 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| HECTOR FIGUEROA, ET. AL. | Summon/Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | CHRISTIAN GONZALES |

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT   TRINITY REAL ESTATE, 75 VARICK ST. NY, NY 10013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PRO SE: RAMON MODESTO
40-29 64 ST. 2F
WOODSIDE, NY 11377

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                              Fold

RECEIVED
APR 17 2015
PRO SE OFFICE

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Ramon Modesto | | 718-431-5226 | 4-16-15 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time | am |
| | | | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|



AMOUNT
JUL 13, '15
11377
FLUSHING, NY
PAID
U.S. POSTAGE
$6.74

UNITED STATES
POSTAL SERVICE®

RAMON MODESTO
4029 47 ST, 2F
WOODSIDE, NY 11377

7015 0640 0000 5459 2484

PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
SOUTHERN DIST. OF NEW YORK
U.S. COURTHOUSE 500 PEARL ST.
NEW YORK, NY 10007