UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                   )
**RAMON MODESTO,**                 )
                                   )
    Plaintiff                    )
                                   )
v.                                 )
                                   )    Civil Action No. 15-CV-495-RA
**HECTOR FIGUEROA, et. al.,**      )
                                   )
    Defendants                   )
_____)


STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

    I, the undersigned, being sworn, depose and say:

    I am not a party to the action, am over 18 years of age and reside in Kings County, New York.

    On September 29, 2015, I served the within **REPLY OF HECTOR FIGUEROA, PRESIDENT OF SEIU 32BJ, ET AL. TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS,** by depositing a true copy thereof in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    Ramon Modesto
    40-29 67th Street.
    Apt. 2F
    Woodside, NY 11377

_____
Rhonda Greenberg

Sworn to before me this 29th
day of September 2015.

_____
Notary Public

ANDREW L. STROM
Notary Public, State of New York
No. 02ST6148508
Qualified in Queens County
Commission Expires 06/26/2018