UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON MODESTO, | Case No. 15-CV-495 (RA) (KNF) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| - v. - | |
| HECTOR FIGUEROA, ET AL., | |
| Defendants, | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Jason B. Klimpl of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as an attorney for defendants Michael Rodriguez, Robert Savage, Anthony Waterman, Deetendrada Harisaran, and Mark Kelly, and hereby demands service of all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York  
September 29, 2015

TANNENBAUM HELPERN  
SYRACUSE & HIRSCHTRITT LLP

By:     s/ Jason B. Klimpl  
        Jason B. Klimpl

900 Third Avenue  
New York, New York 10022  
(212) 702-7529  
Fax: (212) 371-1084  
Email: klimpl@thsh.com

*Attorneys for Michael Rodriguez, Robert Savage, Anthony Waterman, Deetendrada Harisaran, and Mark Kelly*

TO:

All Attorneys of Record