UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAMON MODESTO,

    *Plaintiff*,

V.

HECTOR FIGUEROA, ET AL.,

    *Defendants.*

------------------------------------------------------------x

Case No.: 15-cv-495 (RA) (KNF)

STATE OF NEW YORK  )
                          ) ss:
COUNTY OF NEW YORK  )

    **Melissa Siegel**, being duly sworn, deposes and says:

    I am not a party to this action, am over eighteen years of age and reside in Suffolk County, New York.

    On September 30, 2015, I served a copy of the within **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**, by depositing a true copy thereof in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after each name:

    Ramon Modesto
    40-29 67th Street
    Apt. 2F
    Woodside, NY 11377

_____
Melissa Siegel

Sworn to before me this
30th day of September, 2015.

_____
Notary Public

MARIA FERRARO
Notary Public, State of New York
No. 01FE4746012
Qualified in Westchester County
Commission Expires October 31, 2017

[1019927-1]