October 2, 2015

United States District Court
Of the Southern District of New York
Pro Se Intake Unit
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street Room 200
New York, New York 10007

    Re: Case No. 15-cv-00495 " Modesto vs. Figueroa et.al."

Gentlemen,

    Upon advise of your office, I respectfully request, as plaintiff, copies of forms to serve PETER ST. JOHN and CHRISTIAN GONZALEZ defendants in the above case, who, until now have not been served with a copy of the Summons and Complaint. Docket records will show that I have sent two (2) letters with the correct address for the defendants to be served, but no action on my request has been taken until now. I will complete service through a private process server.

    I believe that these defendants are indispensable parties and should therefore, be properly served and included in this case to arrive at a judicious determination of the issues raised.

    Thank you.

                                       Respectfully,

                                       *Ramon Modesto*
                                       Ramon Modesto
                                       Plaintiff

Cc:   Hon. Kevin Nathaniel Fox
       United States Magistrate Judge
       Southern District of New York

       Hon. Ronnie Abrams
       United States District Judge
       Southern District of New York



RECEIVED
OCT - 5 2015
PRO SE OFFICE