O 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Ramon Modesto
*Plaintiff*

Civil Action No.: **15-CV-495**
JUDGE ABRAMS (RA)

v

Peter St. John, Christian Gonzales.
*Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/15

## SUMMONS IN A CIVIL ACTION

To:  (*Defendant's name and address*)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

*PRO SE* **RAMON MODESTO**
**40-29 67TH STREET  APT. 2F**
**WOODSIDE, NY 11377**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J KRAJICK
*CLERK OF COURT*

Date:  October 14th, 2015                    _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __VENIDA__
__SMITH (receptionist)__, a person of suitable age and discretion who resides there,
on *(date)* __10/20/15__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __10-20-15__

_____
Server's signature

__MILANDRO GENCIANA (former process server)__
Printed name and title

__8838 VANDERVEEN ST QUEENS VILLAGE NY 11427__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CHRISTIAN GONZALEZ__
was received by me on *(date)* __10-20-15__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __VENIDA SMITH (receptionist)__, a person of suitable age and discretion who resides there,
on *(date)* __10/20/15__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __10-20-15__

_____
Server's signature

__MILANDRO GENCIANA (Attorney__
Printed name and title    __process server)__

__8838 VANDERVEER ST QUEENS__
Server's address    __N.Y. NY 11427__

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Ramon Modesto
*Plaintiff*

Civil Action No.: **15-CV-495**
**JUDGE ABRAMS (RA)**

v

Peter St. John, Christian Gonzales.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHRISTIAN GONZALES
75 VARICK ST 2FL
NEW YORK NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or *(3)* you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff(s) attorney, whose name and address are:

**PRO SE RAMON MODESTO**
**40-29 67TH STREET APT. 2F**
**WOODSIDE, NY 11377**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J KRAJICK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: October 14th, 2015

# A F F I R M A T I O N

I, Milandro Genciana, to this Hon. Court respectfully alleges that :

1. I am a former Licensed Process Server in the State of New York, am over 18 years of age, a resident of the State of New York, and not a party to this case.

2. On October 20, 2015, I served a copy of the Summons and Complaint against defendants PETER ST. JOHN and CHRISTIAN GONZALEZ, Executive Vice-President and Building Property Manager of 200 Hudson St. building, owned by TRINITY REAL ESTATE in case no. 15-CV-00495 " Ramon Modesto vs. Hector Figueroa, et. al." filed with the United States District Court Southern District of New York.

3. The person who received the copy of the Summons and Complaint was Venida Smith, an employee of Trinity Real Estate, who holds office at the 2/F of 75 Varick St., New York, NY 10013.

4. Ms. Smith is a person authorized by Trinity to receive legal papers and documents.

I hereby certify that the foregoing is true and correct.

Dated : October 21, 2015
        Queens, New York

Milandro Genciana
Server
8838 Vanderveer St.,
Queens Village, NY 11427