October 21, 2015

Hon. Ronnie Abrams
District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



Re:  15-CV-00495 " Modesto Vs. Figueroa, et. al."

Dear Hon. Judge Abrams,

      Please be advised that the service of summons and complaint on defendants Mr. Peter St. John and Mr. Christian Gonzalez, employees of Trinity Real Estate, was completed on October 20, 2015 at their offices at 75 Varick St., New York, NY, 10013.

      Document server was Mr. Milandro Genciana whose affirmation is attached herewith. Also enclosed are copies of the summons and complaint duly received by Ms. Venida Smith, employed by Trinity Real Estate, a person authorized to to receive court papers and documents in behalf of Mr. Peter St. John and Christian Gonzalez.

Respectfully,

Ramon Modesto
Plaintiff

Att. as stated