David Ward
**KLUGER HEALEY, LLC**
788 Shrewsbury Ave., Suite 2182
Tinton Falls, New Jersey 07724
973-307-0800
Attorneys for Defendants
Christian Gonzales, Peter St. John, Bill Dunn,
James Griffin, Frank Anello,
Eddie Maldonado, Brenda Johnson, and Gloria Ran

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAMON MODESTO,<br><br>                    Plaintiff,<br><br>vs.<br><br>HECTOR FIGUERORA, et al.,<br><br>                    Defendants. | CIV. NO.  15-495 (RA)<br><br>**NOTICE OF MOTION TO DISMISS** |

To:    **The Clerk of this Court and all parties of record:**

PLEASE TAKE NOTICE that the undersigned, attorneys for defendants Christian Gonzales and Peter St. John, shall move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure Dismissing all claims against these Defendants for failure to state a claim.

This motion is supported by the accompanying Brief.

A proposed form of Order is also submitted herewith.

Dated: Tinton Falls, New Jersey
　　　　October 22, 2015

                                          Very truly yours,
                                          **KLUGER HEALEY, LLC**

                                        By: */s/ David A. Ward*
                                                David A. Ward, Esq.
                                                Attorneys for Defendants
                                                Christian Gonzales, Peter St. John,
                                                Bill Dunn, James Griffin, Frank
                                                Anello, Eddie Maldonado, Brenda
                                                Johnson, Gloria Ran
                                                788 Shrewsbury Ave., Suite 2182
                                                Tinton Falls, NJ 07724
                                                (732) 852-7500 [Tel]
                                                (888) 635-1653 [Fax]
                                                Email: dward@klugerhealy.com