David Ward
**KLUGER HEALEY, LLC**
788 Shrewsbury Ave., Suite 2182
Tinton Falls, New Jersey 07724
973-307-0800
Attorneys for Defendants
Christian Gonzales, Peter St. John, Bill Dunn,
James Griffin, Frank Anello,
Eddie Maldonado, Brenda Johnson, and Gloria Ran

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAMON MODESTO,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR FIGUERORA, et al.,<br><br>Defendants. | CIV. NO. 15-495 (RA)<br><br>**DECLARATION OF SERVICE** |

      I David A. Ward, a member in good standing of the bar of this Court, hereby state under penalty of perjury that:

      1.      I am a partner in the law firm Kluger Healey, LLC, counsel for Defendants Christian Gonzales and Peter St. John in the above captioned action.

      2.      On October 22, 2015, I caused a copy of the Notice of Motion to Dismiss and the Brief with proposed Order to be served upon counsel for all parties appearing herein via the ECF filing system and also upon Plaintiff by mailing same to his address of record.

Dated: October 22, 2015

By: /s/ David A. Ward
     David A. Ward