RECEIVED
SDNY PRO SE OFFICE

2015 NOV 17 PM 3:02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
x--------------------------------------------------x

RAMON MODESTO

        Plaintiff,

-against-

HECTOR FIGUEROA, et. al.

        Defendants,

x--------------------------------------------------x

15-CV-00495 (KNF)(RA)

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/15

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Ramon Modesto, affirmed on November 12, 2015, plaintiff will move this Court, before Hon. Ronnie Abrams, United States District Judge, for an order pursuant to the Federal Rules on Civil Procedure granting plaintiff's motion for extension of time to file Objections to the Report and Recommendations of November 2, 2015 issued by Hon. Kevin Nathaniel Fox recommending dismissal of the cases against defendants stated therein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2015
      Woodside, New York

Ramon Modesto
4029 67 St. 2F
Woodside, NY 11377
718-431-5226

---

Application granted. Plaintiff shall have until December 3, 2015 to file any objections to Judge Fox's Reports and Recommendations issued November 2, 2015. Dkt. 91, 92, 93, 94. No further extensions shall be granted. SO ORDERED.

Hon. Ronnie Abrams, U.S.D.J.
November 19, 2015