USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/19/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON MODESTO,

　　　　　　　　Plaintiff,

　　　　v.

HECTOR FIGUEROA, *et al.*,

　　　　　　　　Defendants.

No. 15-CV-495 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Fox for the following purpose:

| | | | |
|---|---|---|---|
| | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | X | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: **Motion to Dismiss at Dkt. 87** |

SO ORDERED.

Dated:　　November 19, 2015
　　　　　New York, New York

Ronnie Abrams
United States District Judge