USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/25/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON MODESTO,

               Plaintiff,

v.

HECTOR FIGUEROA, *et al.*,

               Defendants.

No. 15-CV-495 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ordered that the Order of Reference to Magistrate Judge Fox, issued November 19, 2015, Dkt. 98, is vacated. Defendants Christian Gonzales and Peter St. John's motion to dismiss will be addressed by the undersigned.

SO ORDERED.

Dated:   January 25, 2016
           New York, New York

                                             Ronnie Abrams
                                             United States District Judge